UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PATRICIA J. SMITH, et al.,

    Plaintiffs,

v.

CASE NO.: 2:11-cv-616
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration. (ECF No. 56.) The Court held a telephone conference on this motion on June 9, 2014, and **GRANTS** Plaintiff's motion within the parameters discussed at that conference. Consequently, the Court **VACATES** the current trial schedule (ECF No. 40) and **DIRECTS** the Clerk to reschedule the trial for December 1, 2014.

With regard to discovery and expert disclosures, the parties shall make every effort to complete the five remaining depositions by the end of July 2014. Plaintiff's expert disclosure deadline is September 20, 2014 and Defendant's expert disclosure deadline is October 20, 2014. All other dates will be established in the new trial scheduling order.

**IT IS SO ORDERED.**

6-9-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE